

## NUMBER 13-07-266-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

ONE (1) 1998 JEEP GRAND CHEROKEE,
VIN #1J4FX58S1WC354071, AND NUMEROUS
ITEMS OF PERSONAL PROPERTY,                          Appellant,

v.

THE STATE OF TEXAS,                                        Appellee.

---

### On Appeal from the 319th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Natasha Daniels perfected an appeal from a judgment rendered on January 19,

2007, ordering forfeiture of a 1998 Jeep Cherokee and other personal property. Daniels

has filed a motion to dismiss the appeal on grounds that she no longer desires to prosecute the appeal.

The Court, having considered the documents on file and Daniels's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Daniels's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at Daniels's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Memorandum Opinion delivered and
filed this the 13th day of March, 2008.